UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKY DARNELL GRAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4724** |
| **WARDEN, LYNN COOPER** | **SECTION "I" (2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Ricky Darnell Gray, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge that the instant petition be dismissed, and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that petitioner's application for writ of habeas corpus is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.

New Orleans, Louisiana, this   13th   day of January, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE